JS 44

**CIVIL COVER SHEET**

15-cv-5951

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Naked Wines LLC

**DEFENDANTS**
Brew4You Inc. d/b/a Prism Brewing Company

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Dauphin County
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Diane Siegel Danoff          DECHERT LLP
2929 Arch St.
Philadelphia PA 19104-2857   Tel: +1 215.994.2179

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

☐ 1   U.S. Government
Plaintiff

☒ 3   Federal Question
*(U.S. Government Not a Party)*

☐ 2   U.S. Government
Defendant

☐ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☒ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 751 Family and Medical Leave Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
Another District
*(specify)*

☐ 6 Multidistrict
Litigation

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Lanham Act, 15 U.S.C. § 1051 et seq.
Brief description of cause:
Action for trademark infringement, false designation of origin, and unfair competition under the Lanham Act

**VII. REQUESTED IN
COMPLAINT:**

☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

**VIII. RELATED CASE(S)
IF ANY**   *(See instructions)*:

JUDGE

DOCKET NUMBER

NOV - 2 2015

DATE   11/2/15   SIGNATURE OF ATTORNEY OF RECORD

S.T.

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

**MSG**

## UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

15    5951

Address of Plaintiff: __Naked Wines LLC, 102 2nd Street, Hood River, OR 97031__

Address of Defendant: __Brew4You Inc. d/b/a Prism Brewing Company, 100 Pine Street, Ste. 325, Harrisburg, PA 17101__

Place of Accident, Incident or Transaction: __Nationwide, including but not limited to Pennsylvania and New Jersey__
(Use Reverse Side For Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))   Yes☐   No☒

Does this case involve multidistrict litigation possibilities?   Yes☐   No☒
RELATED CASE, IF ANY:
Case Number: _____   Judge _____   Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐   No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐   No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐   No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐   No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. _Federal Question Cases:_

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
    (Please specify) __Trademark__

B. _Diversity Jurisdiction Cases:_

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify) _____

### ARBITRATION CERTIFICATION
(Check Appropriate Category)

I, __Diane Siegel Danoff__, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☒ Relief other than monetary damages is sought.

DATE: __11/2/15__   Diane Siegel Danoff   __50644__
Attorney-at-Law   Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

NOV - 2 2015

DATE: __11/2/15__   _____   __50644__
Attorney-at-Law   Attorney I.D.#

CIV. 609 (5/2012)



**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| NAKED WINES LLC, an Oregon domestic limited liability company, | : | CIVIL ACTION |
| Plaintiff,          v. | : | |
| BREW4YOU INC. d/b/a PRISM BREWING COMPANY, a Pennsylvania corporation, | : | NO.   **15   5951** |
| Defendant. | : | |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.                    ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
and Human Services denying plaintiff Social Security Benefits.                    ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
exposure to asbestos.                    ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
commonly referred to as complex and that need special or intense management by
the court. (See reverse side of this form for a detailed explanation of special
management cases.)                    ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.      (x)

| | | |
|---|---|---|
| 11/2/15 | Diane Siegel Danoff | Naked Wines LLC |
| **Date** | **Attorney-at-law** | **Attorney for** |
| +1 215.994.2179 Direct | +1 : 215.655.2179 Fax | diane.danoff@dechert.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

NOV - 2 2015

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

NAKED WINES LLC,
    **Plaintiff**,

Case No.:

v.

**JURY DEMAND**

BREW4YOU INC. d/b/a PRISM BREWING
COMPANY,
    **Defendant**.

## COMPLAINT

Plaintiff NAKED WINES LLC d/b/a Naked Winery ("Naked Winery" and "Plaintiff"),

alleges as follows against Defendant BREW4YOU INC. d/b/a PRISM BREWING COMPANY

("Brew4You" and "Defendant"), on personal knowledge as to Plaintiff's own activities and on

information and belief as to the activities of others, as follows:

### NATURE OF THE CASE

1.      This is an action for trademark infringement, false designation of origin, and

unfair competition under the Lanham Act (codified at 15 U.S.C. § 1051, *et seq.*); and common

law trademark infringement and unfair competition.

### JURISDICTION AND VENUE

2.      This Court has subject matter jurisdiction pursuant to 15 U.S.C. § 1121 and 28

U.S.C. §§ 1331 and 1338(a) in that the case involves a federal question arising under the

trademark laws of the United States.

3.      This Court has supplemental jurisdiction over Plaintiff's state law claims pursuant

to the provisions of 28 U.S.C. § 1338(b) insofar as the claims are joined with a substantial and

related federal claim arising under the trademark laws of the United States. *See* 15 U.S.C. §

1051 *et seq.*

4.     This Court has personal jurisdiction over Defendant at least because Defendant is incorporated in the State of Pennsylvania, has substantial contacts in the State of Pennsylvania related to the claims in this action, and/or is engaged in the wrongful acts alleged herein in the State of Pennsylvania.

5.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2).

## PARTIES

6.     Plaintiff Naked Wines LLC is an Oregon limited liability company with its principal business address at 102 2nd Street, Hood River, Oregon 97031.

7.     Defendant Brew4You Inc. is a Pennsylvania corporation with its principal business address at 810 Dickerson Road, North Wales, Pennsylvania 19454, and a registered office address at 100 Pine Street, Ste. 325, Harrisburg, Pennsylvania 17101.

## STATEMENT OF FACTS COMMON TO ALL COUNTS

### Naked Winery's Family of Marks

8.     Naked Winery is a winery that produces wine made from Oregon-, Washington-, and California-grown grapes. Naked Winery's hometown and company headquarters is located in the heart of downtown Hood River, a small town located about 60 miles east of Portland, Oregon. Additionally, Naked Winery has facilities in Wishram, Washington.

9.     Naked Winery sells a wide variety of wines, including various white wines, red wines, blush wines, and dessert wines, both through traditional brick-and-mortar establishments, and online, including through its website, www.nakedwinery.com.

10.    Naked Winery presently ships to and distributes its wines to 38 states, including New Jersey and several other eastern states, as well as the District of Columbia.

11.     Naked Winery is the owner of a family of erotically-themed "NAKED" marks for

its wines and related services (collectively, "the NAKED Marks"):

| Mark | U.S. TM Reg. No. | Date of Issuance | Goods | First Use in Commerce |
|------|------------------|------------------|-------|----------------------|
| NAKED WINERY | 3,597,649 | 03/31/2009 | wine; natural wines; table wines; white wines; and red wine | 11/30/2005 |
| NAKED WINERY + design | 3,502,269 | 09/16/2008 | wine; natural wines; table wines; white wine; and red wine | 07/05/2007 |
| SIP INTO SOMETHING A LITTLE MORE NAKED | 3,558,709 | 01/06/2009 | wine; natural wines; table wines; white wine; and red wine | 07/05/2007 |
| NAKED WINERY VIXEN | 3,693,297 | 10/6/2009 | wine; natural wines; table wines; white wines; and red wine | 06/26/2009 |
| NAKED WINERY NAUGHTY | 3,677,064 | 09/01/2009 | Wine; natural wines; tables wines; white wine | 06/29/2009 |
| THE NAKED TRUTH | 4,414,935 | 10/08/2013 | providing online newsletters in the field of wine; on-line journals, namely, blogs featuring discussions of wine, enology, bottling, storage and enjoyment of wine | 02/25/2010 |
| NAKED WINERY DIVA | 3,828,747 | 8/3/2010 | wine; natural wines; table wines; white wines; and red wine | 04/16/2010 |

12.     In addition to the NAKED Marks, Naked Winery is also the owner of other

erotically-themed marks for its wines, including:

| Mark | U.S. TM Reg. No. | Date of Issuance | Goods | First Use in Commerce |
|------|------------------|------------------|-------|----------------------|
| MISSIONARY | 3,574,754 | 02/17/2009 | wine; natural wines; table wines; and red wine | 02/10/2006 |
| PENETRATION | 3,574,753 | 02/17/2009 | wine; natural wines; table wines; and red wine | 02/10/2006 |
| TEASE | 3,671,499 | 08/25/2009 | wine; natural wines; table wine; and white wine | 02/28/2006 |
| ESCORT | 3,574,752 | 02/17/2009 | wine; natural wines; tables wines; and white wine | 01/15/2007 |

| WE AIM TO TEASE | 3,547,964 | 12/16/2008 | wine; natural wines; table wines; white wine; and red wine | 07/05/2007 |
| DOMINATRIX | 3,558,707 | 01/06/2009 | wine; natural wines; table wines; and red wine; white wine | 11/13/2007 |
| SEDUCTIVE | 4,080,345 | 01/03/2012 | wine; natural wines; table wines; white wine | 02/04/2008 |
| POUR'N | 3,709,680 | 11/10/2009 | wine; natural wines; table wines; white wine | 02/04/2008 |
| EROTIC | 3,883,263 | 11/30/2010 | wine; natural wines; table wines; white wine | 02/04/2008 |
| SHAG | 3,731,976 | 12/29/2009 | wine; natural wines; table wines; and white wine | 02/05/2008 |
| CLIMAX | 3,873,772 | 11/09/2010 | wine; natural wines; table wines; white wine | 05/24/2008 |
| ORGASMIC WINE COMPANY | 3,513,479 | 10/07/2008 | wine; natural wines; table wine; and white wine | 08/03/2008 |
| SURE THING | 4,335,005 | 05/14/2013 | Wine | 02/02/2010 |
| BLAZING STRADDLE | 4,335,006 | 05/14/2013 | Wine | 02/18/2010 |
| GAY | 4,487,150 | 02/25/2014 | Wine | 07/08/2010 |
| SCORE | 4,359,324 | 06/25/2013 | Wine | 10/20/2012 |
| CIRQUE DU RISQUE | 4,428,890 | 11/05/2013 | Wine | 02/25/2013 |
| HOOK UP | 4,433,689 | 11/12/2013 | Wine | 08/13/2013 |
| ROOM SERVICE | 4,514,552 | 04/15/2014 | Wine | 08/30/2013 |
| SWEET LOVE | 4,489,228 | 02/25/2014 | Wine | 09/28/2013 |
| ENORMOUS | 4,581,164 | 08/05/2014 | Wine | 04/28/2014 |

13.     Naked Winery is also the owner of the mark NKD for "wine," U.S. Trademark Application Ser. No. 86/332,434, filed July 9, 2014.

14.     As demonstrated by the above-listed marks, Naked Winery has taken an erotic, romantic, and sexually suggestive approach to the branding and marketing of its wines. Indeed, Naked Winery uses such advertising slogans as "I Get Naked Regularly," "We Get Naked Daily," and "We Just Got Naked."

15.     Naked Winery's erotic, romantic, and sexually suggestive approach to the marketing and promotion of its wines can also be seen in its logos and signage, examples of

which are set forth below:







16.     Naked Winery's erotic, romantic, and sexually suggestive marketing of its wines

extends to the back labels of its wines, which are reproduced on Naked Winery's website, such

as the following examples:

> Naked is our bare-all wine.  Stripped of traditional attitudes, only the free-spirited grapes
> go into this voluptuous wine.  Lusty with a smooth complexion and long legs.  This wine
> gives a full-frontal of ripe cherries with a firm well-rounded end.  Who doesn't love to
> get Naked?

> Vixen, our foxy wine, is coy at first then comes on strong with elements of blackberry

and some cherry. This is a wine with attitude and aromas that ignite the senses with silky tannins that bite and hold on. Don't forget your whip on the hunt, as this Vixen has her own set of rules!

Tantalizing to the eye and playfully seductive, this Tease promises to be a sure thing. Sweet perfumes of candied melons and Brazilian spices will moisten your palate, not to mention your khakis. An innocent sip of the glass, with a skilled tongue, sparks a burning desire for the long sweet finish. We aim to Tease!

17.     In addition to marketing its wines through traditional methods, Naked Winery heavily markets its wines through social media, such as Facebook®, Instagram®, and Twitter®. Naked Winery's erotic, romantic, and sexually suggestive marketing extends into these forums as well; for example, customers often pose for pictures with various tongue-in-cheek NAKED signs that are then reposted to Naked Winery's social media accounts.

18.     Naked Winery has used its trademarks, including the NAKED Marks, continuously in connection with the advertising, promotion, and sale of its products since at least each mark's "Date of First Use in Commerce" set forth in the charts above.

19.     On account of its long and continuous use of its marks and sale of its products under its marks, Naked Winery has established trademark rights in its marks.

20.     Through its promotional efforts, business conduct, and continuous use of its marks, Naked Winery has developed and maintains customers throughout the United States. Naked Winery's marks have become an asset of substantial value as a symbol of Naked Winery and its products.

### Brew4You and Its Erotically-Themed Marks & Logos

21.     Brew4You produces malt beverages which it bottles and kegs, sells, and distributes, both at its Prism Brewing Company taproom in North Wales, Pennsylvania, and at numerous other locations throughout Pennsylvania and New Jersey.

22.    Brew4You promotes and advertises its malt beverages through its website, www.prismbeer.com, as well as through its social media accounts on Facebook®, Twitter®, and Instagram®.

23.    In 2013, Brew4You began marketing, selling, and distributing malt beverages under the erotically-themed marks NAKED RED, NAKED BLONDE, NAKED BRUNETTE, and NAKED PALE, used with erotic, romantic, and sexually suggestive themes and imagery.

24.    For instance, on February 5, 2013, Brew4You filed an application for a Certificate of Label Approval (COLA) with the Alcohol and Tobacco Tax and Trade Bureau for the following label, for malt beverages, bearing the erotically-themed mark NAKED RED and erotic, sexually suggestive themes and imagery:



25.    Brew4You has also filed several other applications for COLAs for the erotically-themed marks NAKED RED, NAKED BLONDE, NAKED BRUNETTE, and NAKED PALE.

26.    At approximately the same time it first applied for labels bearing erotically-themed NAKED marks, Brew4You began promoting and advertising malt beverages bearing NAKED marks and erotic, sexually suggestive themes and imagery on its social media accounts,

{00231895;1}                           **COMPLAINT**
                                            -7-

such as the following Facebook® posts for NAKED RED malt beverages, dated February 1, 2013, and NAKED BLONDE malt beverages, dated May 21, 2013:





27.     On or about March 14, 2013, Brew4You filed Trademark Application Ser. No. 85/875,790 ("the '790 application") with the United States Patent and Trademark Office (USPTO), seeking to register the mark NAKED for "Ale; Ale and porter; Ales; Beer; Beer, ale and lager; Beer, ale and porter; Beer, ale, lager, stout and porter; Beer, ale, lager, stout, porter, shandy; Beers; Black beer; Brewed malt-based alcoholic beverage in the nature of a beer; Malt beer; Malt liquor; Pale beer; Porter," claiming first use in commerce of the mark "[a]t least as early as 02/11/2013."

28.     In support of the '790 application, Brew4You filed the following specimen of use, which Brew4You described as "[d]igitally photographed product with label," bearing the NAKED RED mark with erotic, sexually suggestive themes and imagery:



**COMPLAINT**
-9-

29. In further support of the '790 application, Brew4You filed what it described as a "marketing sales sheet showing use of the mark," which included the following erotic, romantic, and/or sexually suggestive descriptions of Brew4You's "NAKED SERIES" of beers:

**NAKED RED**
Red Heads are full of fire and hard to handle. Our Red is complex but down to earth, thanks to it's English hops and balanced malt/hop profile. We agree with Lucille Ball who said "Once in his life, every man is entitled to fall madly in love with a gorgeous redhead."

**NAKED BLONDE**
They say Blondes have more fun. We're sure that with our Blonde you'll agree. This Blonde isn't shady, but she isn't sweet either. She goes down smooth and will leave you wanting more.

**NAKED BRUNETTE**
Rumor has It that brunettes are innocent, intelligent, rich, & capable. Our brunette proves this to be true and this one is naked; without the strawberries and Jalapenos that gives her the attitude that makes Love is evol. Naked AND without an attitude…sounds good doesn't it?

30. On March 28, 2013, Naked Winery sent a letter to Brew4You concerning the '790 application, in which Naked Winery identified its family of erotically-themed NAKED Marks and its prior rights in NAKED. In the letter, Naked Winery asked Brew4You to identify its intended channels of trade for goods to be offered under the mark, as well as to provide specimens showing the manner in which the mark would be used. Naked Winery stated that it was "particularly interested in any meanings that are intended to be applied to the NAKED portion of the mark, and whether the mark will be advertised in an erotic or provocative manner."

31. Brew4You responded on April 14, 2013, claiming its use of NAKED was intended to "say that the beers were brewed without additional elements," but attaching the following example of intended use of the mark:



32.     In the ensuing months, Naked Winery attempted to reach a resolution with Brew4You concerning Brew4You's confusing use of NAKED, but Brew4You did not substantively respond to Naked Winery's efforts.

33.     On October 8, 2013, Naked Winery filed an opposition against Brew4You's '790 application with the Trademark Trial and Appeal Board (TTAB).  Brew4You never filed an answer to the opposition and, as a result, on January 29, 2014, the TTAB entered judgment by default against Brew4You, sustained the opposition, and refused registration to Brew4You.

34.     On or about the same time the TTAB entered default judgment, Brew4You contacted Naked Winery and asked to "revisit this issue."   Naked Winery indicated its willingness to discuss the matter, and asked Brew4You to call, but Brew4You did not respond.

35.     On or about October 29, 2014, nine months after default judgment was entered against it, Brew4You sent an email to Naked Winery, once more asking to "revisit" the matter and attaching the following examples of its intended use of NAKED:





**COMPLAINT**
-12-



36.     On November 26, 2014, Naked Winery responded, indicating it would not permit such usage of the marks, that the use was likely to cause confusion, and asking Brew4You to "immediately cease use of these labels, and any other uses of NAKED." Brew4You did not respond.

37.     On February 3, 2015, Naked Winery sent a formal cease and desist letter concerning Brew4You's use of NAKED RED, NAKED BLONDE, NAKED BRUNETTE, and NAKED PALE.

38.     On March 4, 2015, the parties discussed a transition away from the problematic uses, with Brew4You indicating it would provide Naked Winery with new labels in the near future. Despite several follow-ups by Naked Winery over the ensuing months, the promised new labels never materialized, and Brew4You stopped communicating with Naked Winery.

39.     As of the filing of this suit, Brew4You continues to use at least the NAKED RED mark, along with erotic, sexually suggestive themes and imagery, as shown in the following capture from Brew4You's www.prismbeer.com website:



**Brew4You's Infringement of the NAKED Marks**

40.     Naked Winery and Brew4You are direct competitors, selling similar goods to identical customers through similar marketing channels.

41.     Brew4You's NAKED RED, NAKED BLONDE, NAKED BRUNETTE, and NAKED PALE marks are substantially similar to Naked Winery's NAKED Marks.

42.     Naked Winery and Brew4You both use erotically-themed marks and erotic, romantic, and/or sexually suggestive themes and imagery in the branding and marketing of their goods.

43.     Confusion is likely, including initial interest confusion, and may already be occurring due to the substantially similar nature of the parties' marks.

44.     Confusion is also likely, including initial interest confusion, given the use of

erotically-themed marks and erotic, romantic, and/or sexually suggestive themes and imagery in the branding and marketing of both parties' goods.

45.     Because of the damage to Naked Winery's goodwill that has already been caused by and continues to be caused by Brew4You's use of the NAKED RED, NAKED BLONDE, NAKED BRUNETTE, and NAKED PALE marks, this Complaint follows.

## COUNT 1
## Federal Trademark Infringement, 15 U.S.C. § 1114

46.     Naked Winery repeats and realleges each of the allegations contained in paragraphs 1 through 45 of this Complaint as if fully set forth herein.

47.     Brew4You's unauthorized use in interstate commerce of the NAKED RED, NAKED BRUNETTE, NAKED PALE, and NAKED BLONDE marks in connection with Brew4You's goods constitutes infringement of Naked Winery's trademark rights in the NAKED Marks, misappropriates the valuable goodwill developed by Naked Winery in the NAKED Marks and is likely to cause confusion, mistake, or deception, as well as initial interest confusion.

48.     The acts of Brew4You described above constitute an infringement of Naked Winery's rights in and to the use of its federally registered NAKED Marks, with consequent damages to Naked Winery and to the business and goodwill associated with and symbolized by Naked Winery's NAKED Marks and, specifically, give rise to this action under 15 U.S.C. §§ 1114 *et seq*.

49.     Brew4You's acts of trademark infringement have caused and are causing great and irreparable harm to Naked Winery, Naked Winery's goodwill, and Naked Winery's rights to exclusive use of the NAKED Marks, all in an amount which cannot adequately be determined at this time and, unless Brew4You is preliminarily and permanently restrained, Brew4You's acts

will cause further injury and damage, leaving Naked Winery with no adequate remedy at law.

50.    Brew4You's acts of infringement have been and are being committed after actual notice and/or notices effectuated by law, and are willful and in gross disregard of Naked Winery's rights.

51.    By reason of the foregoing, Naked Winery is entitled to preliminary and permanent injunctive relief against Brew4You, and anyone associated therewith, to restrain further acts of infringement and, after trial or summary judgment, to recover any damages proven to have been caused by reason of Brew4You's aforesaid acts of infringement, and to recover enhanced damages and attorneys' fees based upon the willful, intentional, and/or grossly negligent activities of Brew4You.

## COUNT 2
### False Designation of Origin and Unfair Competition, 15 U.S.C. § 1125

52.    Naked Winery repeats and realleges each of the allegations contained in paragraphs 1 through 51 of this Complaint as if fully set forth herein.

53.    Brew4You, by its knowing and intentional unauthorized imitation, adoption, and use of Naked Winery's NAKED Marks in association with Brew4You's goods, has and continues to falsely designate its goods as being derived or affiliated with those of Naked Winery.

54.    Brew4You's use of Naked Winery's NAKED Marks, as aforesaid, is likely to cause relevant consumers to mistakenly believe that Brew4You has an affiliation with Naked Winery, that Brew4You's business is sponsored or approved by Naked Winery, or that Brew4You is otherwise associated with or has obtained permission from Naked Winery to use Naked Winery's NAKED Marks in connection with the sale of goods by Brew4You.

55.    By engaging in the unauthorized activities described above, Brew4You has made,

and continues to make, false, deceptive, and misleading statements constituting false representations made in connection with the sale of goods or services distributed in interstate commerce in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a). Furthermore, in view of Brew4You's knowledge of Naked Winery's NAKED Marks, such activities were, and remain, willful and intentional.

56.    Brew4You's acts of unfair competition and false designation of origin have been and are being committed after actual notice and/or notices effectuated by law, and are willful and in gross disregard of Naked Winery's rights.

57.    Brew4You's willful and intentional acts of unfair competition and false designation of origin have caused and are causing great and irreparable injury and damage to Naked Winery's business and its goodwill and reputation in an amount that cannot be ascertained at this time and, unless preliminarily and permanently restrained, will cause further irreparable injury and damage, leaving Naked Winery with no adequate remedy at law.

58.    By reason of the foregoing, Naked Winery is entitled to preliminary and permanent injunctive relief against Brew4You, and anyone acting in concert with Brew4You, to restrain further acts of unfair competition, false advertising, and false designation of origin and, after trial, to recover any damages proven to have been caused by reason of Brew4You's aforesaid acts, and to recover enhanced damages based on Brew4You's willful, intentional, and/or grossly negligent acts.

## COUNT 3
## Common Law Trademark Infringement

59.    Naked Winery repeats and realleges each of the allegations contained in paragraphs 1 through 58 of this Complaint as if fully set forth herein.

60.    Naked Winery was the first to adopt or use the NAKED Marks either within or

without the State of Oregon as well as other states and has continuously used the NAKED Marks in commerce in connection with Naked Winery's goods and services since at least as early as November 30, 2005, and, accordingly, has established common law trademark rights in the NAKED Marks.

61.     Brew4You's unauthorized use in commerce of the NAKED RED, NAKED BLONDE, NAKED BRUNETTE, and NAKED PALE marks in connection with malt beverages constitutes ongoing infringement of Naked Winery's common law trademark rights, misappropriates the valuable goodwill developed by Naked Winery in the NAKED Marks, and is likely to cause or has caused confusion among the relevant consuming public with the NAKED Marks.

62.     Brew4You was, or should have been, aware of Naked Winery's use of and corresponding rights in the NAKED Marks. Brew4You's acts aforesaid, including using names, terms, and/or marks that are confusingly similar to the NAKED Marks for identical or substantially similar goods and services, constitute willful infringement of Naked Winery's rights in the NAKED Marks.

63.     Brew4You's acts of willful infringement of Naked Winery's rights in the NAKED Marks have caused and, unless restrained, will continue to cause great and irreparable injury to Naked Winery, Naked Winery's business, and to the goodwill and reputation of Naked Winery in an amount that cannot be ascertained at this time, leaving Naked Winery no adequate remedy at law.

64.     Brew4You's acts are the proximate cause of such injury and damage.

65.     By reason of the foregoing, Naked Winery is entitled to declaratory and injunctive relief, both preliminary and permanent, against Brew4You, and anyone acting in concert with

preliminarily and permanently restrained, will cause further irreparable injury and damage,

Brew4You, to restrain further acts of infringement of Naked Winery's rights and, after trial, to recover any damages proven to have been caused by reason of Brew4You's aforesaid acts of infringement and any enhanced damages justified by the willful and intentional nature of such acts.

**COUNT 4**
**Common Law Unfair Competition**

66.     Naked Winery repeats and realleges each of the allegations contained in paragraphs 1 through 65 of this Complaint as if fully set forth herein.

67.     By advertising and marketing its goods and services under the NAKED RED, NAKED BLONDE, NAKED BRUNETTE, and NAKED PALE marks, including using the marks in an erotic, romantic, and sexually suggestive manner, Brew4You exploits Naked Winery's reputation in the market by selling confusingly similar goods and services under confusingly similar marks in a way that suggests that Brew4You's goods and services are associated with Naked Winery, in ongoing violation of the common law.

68.     Brew4You was, or should have been, aware of Naked Winery's use of and corresponding rights in the NAKED Marks. Brew4You's acts aforesaid constitute willful violation and intentional acts of common law unfair competition.

69.     Brew4You's willful and intentional acts of common law unfair competition have caused and are causing great and irreparable injury and damage to Naked Winery's business and its goodwill and reputation in an amount that cannot be ascertained at this time and, unless preliminarily and permanently restrained, will cause further irreparable injury and damage, leaving Naked Winery with no adequate remedy at law.

70.     Brew4You's acts are the proximate cause of such injury and damage.

71.     By reason of the foregoing, Naked Winery is entitled to declaratory and injunctive

relief, both preliminary and permanent, against Brew4You, and anyone acting in concert with Brew4You, to restrain further acts of unfair competition and, after trial, to recover any damages proven to have been caused by reason of Brew4You's aforesaid acts, and to recover enhanced damages based on Brew4You's willful, intentional, and/or grossly negligent acts.

## PRAYER FOR RELIEF

WHEREFORE, Naked Winery asks this Court to enter judgment against Brew4You and against Brew4You's parents, subsidiaries, affiliates, agents, servants, employees, and all persons in active concert or participation with them, granting the following relief:

A. A judgment or order declaring that Brew4You has infringed the NAKED Marks;

B. A judgment or order declaring that Brew4You has engaged in unfair competition and falsely designated the origin of its goods;

C. A determination that Brew4You's infringement of the NAKED Marks has been and is willful;

D. Issuance of a preliminary and a permanent injunction enjoining Brew4You, its agents, officers, assigns, and all others acting in concert with them from:

(1)    imitating, copying, using, reproducing, registering, attempting to register and/or displaying the NAKED RED, NAKED BLONDE, NAKED BRUNETTE, and NAKED PALE marks, or any mark or designation which colorably imitates or is confusingly similar to the NAKED Marks, alone or in combination with any other term(s), word(s), name(s), symbol(s), device(s), designation(s) and/or design(s) in any manner whatsoever;

(3)    using any other false description or representation or any other thing calculated or likely to cause confusion, deception or mistake in the marketplace with

regard to Naked Winery's NAKED Marks;

E. An order directing that Brew4You deliver up for destruction all materials and matter in its possession or custody or under its control that infringe or unfairly compete with Naked Winery's NAKED Marks;

F. An order directing that Brew4You remove all instances of NAKED marks from its website, promotional materials, social media accounts, and all other materials, tangible or intangible;

G. An order directing that Brew4You file with the Court and serve upon counsel for Naked Winery within thirty (30) days after the entry of such order or judgment, a report in writing and under oath setting forth in detail the manner and form in which Brew4You has complied with the injunction;

H. An order awarding to Naked Winery treble actual damages and treble damages based upon an accounting of Brew4You's profits, including all statutory enhancements on account of the willful nature of Brew4You's acts as provided in 15 U.S.C. § 1117;

I. An order awarding to Naked Winery punitive damages on account of Brew4You's willful violations of law;

J. An order awarding to Naked Winery prejudgment and post judgment interest;

K. An award of Naked Winery's costs and expenses, including, without limitation, reasonable attorney's fees;

L. An order for corrective advertising in a form, manner and frequency that is acceptable to Naked Winery and the Court; and

M. Such other and further relief as this Court deems just and proper.

**COMPLAINT**

**JURY DEMAND**

Pursuant to Federal Rules of Civil Procedure 38(b), Plaintiff demands a trial by jury as to all issues so triable in this action.

Dated Nov. 2, 2015

Diane Siegel Danoff, PSB No. 50644
Derek J. Brader, PSB No. 312513
DECHERT LLP
Cira Centre
2929 Arch St.
Philadelphia, PA 19104-2857
(215) 994-4000
diane.danoff@dechert.com
derek.brader@dechert.com
**Attorneys for Plaintiff**
**NAKED WINES LLC**

*Of Counsel:*
Hillary A. Brooks, OSB No. 012138
Delfina S. Homen, OSB No. 104088
MARGER JOHNSON & McCOLLOM, P.C.
888 SW Fifth Avenue, Suite 1050
Portland, OR 97204
(503) 222-3613
hillary.brooks@techlaw.com
delfina.homen@techlaw.com
**Attorneys for Plaintiff**
**NAKED WINES LLC**